LEWIS P. ALLEN ET AL., RESPONDENTS, *v.* THE CITY OF BUFFALO, APPELLANT.

THIS case should be decided in the same way. The fact of there being several Plaintiffs will not affect the case. That is a question of form, which, not having been taken at any previous stage of the action, so far as the case shows, cannot be raised here. Besides, an improper joinder of parties Plaintiff is not a subject of demurrer. (Code, § 144.)

JOEL TIFFANY,<br>State Reporter.